Robert M. Leonard
Drinker Biddle & Reath LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000

Attorneys for Defendant Welsbach Electric Corp.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARSHALL SCHROEDER, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. _____ |
| WELSBACH ELECTRIC CORP. | NOTICE OF REMOVAL |
| Defendants. | |

TO:  CHIEF JUDGE AND JUDGES OF THE
     UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW JERSEY

ON NOTICE TO:

Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Administration Bldg., Room G-9
595 Newark Avenue
Jersey City, NJ 07306

Margulies Wind, PA
Harborside Financial Center
3 Second Street
Plaza 10, Suite 201
Jersey City, NJ 07311-3988

*Attorneys for Plaintiff*

DC01/ 2258360. 1

PLEASE TAKE NOTICE that Defendant Welsbach Electric Corp. ("Welsbach") hereby removes this action from the Superior Court of New Jersey, Hudson County, to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1441 and § 1446, as amended, and in accordance with 28 U.S.C. § 1332, on the following grounds

1. On July 2, 2009, Plaintiff served a Summons and Plaintiff's Complaint on Welsbach. A copy of the Summons and Complaint is attached hereto as Exhibit A.

2. As required by 28 U.S.C. § 1446(a), copies of all process and pleadings are annexed hereto.

3. The Complaint alleges (a) a violation of the New Jersey Conscientious Employee Protection Act, (b) that Plaintiff was wrongfully terminated in violation of public policy, and (c) that Plaintiff was subjected to a hostile work environment under the New Jersey Law Against Discrimination.

4. Under 28 U.S.C. § 1332, the United States District Courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.[1] There is complete diversity of citizenship between the parties.

5. Plaintiff is a citizen of the state of Pennsylvania. (Complaint introductory non-numbered paragraph).

6. For purposes of diversity jurisdiction, a corporation shall be deemed a citizen of any State in which it is incorporated and of the State where it has its principal place of business.

---

[1] When the amount in controversy is not clear from the face of the Complaint, the case may be removed unless "it appears to a legal certainty that the plaintiff cannot recover the jurisdictional amount." Raspa v. The Home Depot, 533 F. Supp. 2d 514, 522 (D.N.J. 2007). Where, as here, a plaintiff requests an award of punitive damages in addition to actual damages, it is more likely than not that more than $75,000 is in controversy in this case. Id.

28 U.S.C. § 1332(c)(1).

7. Welsbach is incorporated in the State of Delaware and its principal place of business is in New York. Thus, Welsbach Electric Corp. is a citizen of the state of New York. (Complaint, Paragraph 2)

8. The present action is a matter over which this Court has original jurisdiction and which is removable to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

9. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action is pending.

10. This Notice of Removal satisfies the requirements of § 1446(b) because Defendant has filed this Notice of Removal within 30 days of being served with the Summons and Complaint.

11. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel, and a Notice of Filing of Notice of Removal is simultaneously being filed with the Superior Court of New Jersey, Bergen County. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

**WHEREFORE**, Defendant hereby removes this action from the Superior Court of New Jersey, Law Division, Hudson County, and requests that further proceedings be conducted in this Court as appropriate.

DRINKER BIDDLE & REATH LLP
ATTORNEYS FOR DEFENDANT

Dated: August 3, 2009

By: _____
Robert M. Leonard

DC01/ 2258360.1