# EXHIBIT B

Robert M. Leonard
Drinker Biddle & Reath LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000

Attorneys for Defendant Welsbach Electric Corp.

---

| | |
|---|---|
| MARSHALL SCHROEDER, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION : HUDSON COUNTY |
| Plaintiff, | DOCKET NO. L-2492-09 |
| v. | CIVIL ACTION |
| WELSBACH ELECTRIC CORP. | DEFENDANT WELSBACH ELECTRIC CORPORATION'S |
| Defendants. | NOTICE OF FILING NOTICE OF REMOVAL |

**TO:** Margulies Wind, PA
Harborside Financial Center
3 Second Street
Plaza 10, Suite 201
Jersey City, NJ 07311-3988

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that Defendant Welsbach Electric Corp. has this day filed the Notice of Removal attached hereto as Exhibit A with the Clerk's Office of the United States District Court for the District of New Jersey.

DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership

ATTORNEYS FOR DEFENDANT

Dated: August 3rd 2009        By: _____
                                   Robert M. Leonard

DC01/ 1636126.1