- 4 -

## CERTIFICATION OF SERVICE

Catherine E. Adams, employed as a legal secretary by the law firm of Drinker Biddle & Reath LLP, attorneys for the defendant Welsbach Electric Corporation in the within matter, hereby certify that on this date the within Defendant's Notice of Removal was served by first-class mail upon:

>Margulies Wind, PA
>Harborside Financial Center
>3 Second Street
>Plaza 10, Suite 201
>Jersey City, NJ 07311-3988

I certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I may be subject to punishment.

_____
Catherine E. Adams

Dated: August __, 2009