## CERTIFICATION OF SERVICE

Catherine E. Adams, employed as a legal secretary by the law firm of Drinker Biddle & Reath LLP, attorneys for the defendant Welsbach Electric Corporation in the within matter, hereby certify that on this date the within Defendant's Rule 7.1 Disclosure Statement was served by first-class mail upon:

> Margulies Wind, PA
> Harborside Financial Center
> 3 Second Street
> Plaza 10, Suite 201
> Jersey City, NJ 07311-3988

I certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I may be subject to punishment.

_____
Catherine E. Adams

Dated: August 3rd, 2009